# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-1140
LT Case No. 2018-302213-CFDB

_____

ANTONIO JAMAL GEARING,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

Antonio Jamal Gearing, Lake City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach,
for Appellee.

July 30, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and EISNAUGLE and McIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————